JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR VASQUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Respondents. | Case No. 2:21-cv-07120-CAS-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed.

DATED: May 2, 2022

                                                               CHRISTINA A. SNYDER
                                                              UNITED STATES DISTRICT JUDGE